IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:20-CV-727-WKW |
| | ) | [WO] |
| RUSSELL COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 17, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 5.)  Upon an independent review of the record, it is ORDERED as follows:

(1)    The Recommendation (Doc. # 5) is ADOPTED;

(2)    Plaintiff's claims against Defendant Russell County Jail are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1);

(3)    Defendant Russell County Jail is TERMINATED as a party; and

(4)    This action is REFERRED back to the Magistrate Judge for additional proceedings

DONE this 9th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE