IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> DR. DARYL ELLIS, in his ) <br> individual and official capacity; ) <br> NURSE THERESA DYER, in her ) <br> individual and official capacity; ) <br> SHERIFF HEATH TAYLOR, in his ) <br> individual and official capacity; LT. ) <br> STEVE JOHNSON, in his individual ) <br> and official capacity; STAFF SGT. ) <br> PAUL WEATHERLY, in his ) <br> individual and official capacity; and ) <br> CHIEF WILLIAM ALEXANDER, ) <br> in his individual and official capacity, ) <br> ) <br> Defendants. ) | CASE NO. 3:20-CV-727-WKW <br> [WO] |

## **ORDER**

The Magistrate Judge has entered a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 1st day of March, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE